**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JOHNNY JONES, 1171680,        ) | |
|     Petitioner,        ) | |
| ) | |
| v.        ) | No. 3:07-CV-699-B |
| ) | ECF |
| NATHANIEL QUARTERMAN, Director,        ) | |
| TDCJ-CID,        ) | |
|     Respondent.        ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Amended Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this  19th  day of  November , 2008.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE